**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**BARBARA G. FORTIER**                                                              **PLAINTIFF**

**VS.**                 **CASE NO. 4:09CV00770 JMM**

**FORTIER, INC.**                                                                  **DEFENDANT**

<u>**ORDER OF DISMISSAL**</u>

The parties having filed a Stipulation for Dismissal, the Court finds that this case should be dismissed with prejudice.

The complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this   1   day of   April  , 2010.

                                                                _____
                                                                James M. Moody
                                                                United States District Judge